IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NELLA JOHNSON, | § § § | |
| *Plaintiff,* | § § § | SA-21-CV-00652-XR |
| vs. | § § § | |
| BEXAR COUNTY, | § § § | |
| *Defendant.* | § | |

## ORDER

Before the Court in the above-styled cause of action is Plaintiff's Motion to Redact Personal Information from Order [#5]. By her motion, Plaintiff asks the Court to redact several sentences from the Court's Order granting her motion to proceed *in forma pauperis* related to her financial circumstances. The Court will grant the motion in part and order that the Court seal the order granting Plaintiff's motion to proceed *in forma pauperis*, as well as her motion to proceed *in forma pauperis* and her motion to redact her personal information, all of which contain specific references to Plaintiff's bank account balance and social security benefits. Sealing these filings will prevent the public from accessing any of the information regarding Plaintiff's financial circumstances.

Once Plaintiff's lawsuit is served and Defendant makes an appearance in this case, however, Defendant will have access to these court filings, even if they are sealed. The Court declines to redact these documents, as Plaintiff has sued Defendant for monetary damages in this lawsuit, and Defendant will ultimately be permitted to seek detailed information regarding Plaintiff's finances in evaluating Plaintiff's damages model.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Redact Personal Information from Order [#5] is **GRANTED IN PART** as follows:

The Clerk is directed to **SEAL** the following court filings: Plaintiff's Motion to Proceed *In Forma Pauperis* [#1], the Court's Order granting Plaintiff's Motion to Proceed *In Forma Pauperis* [#3], and Plaintiff's Motion to Redact Personal Information [#5].

SIGNED this 26th day of July, 2021.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE